UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KIMBERLEY A. CARPENTER, ARTHUR ACKERT, JR.,
ARTHUR ACKERT, SR., DENNIS LORE, and SUPERIOR
WALLS OF THE HUDSON VALLEY, INC.,

Civil Action No.

**RULE 7.1 STATEMENT**

Plaintiffs,

Removed from New York
Supreme Court For Westchester
County, Index No. 08931/07

- against -

MARIE PUPKE and EIFFEL INVESTMENT GROUP
AND ASSOCIATES, LLC.,

Defendants.

**07 CIV. 5689**

---------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Eiffel Investment Group and Associates LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Dated: Melville, New York
June 14, 2007

LAZER, APTHEKER, ROSELLA
& YEDID, P.C.

By: _____
DAVID LAZER (DL7441)
Attorneys for Defendants
225 Old Country Road
Melville, New York 11747
(631) 761-0800