## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF SUFFOLK  )

DONNA GRILLO, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides at Syosset, New York.

That on the 15th day of June, 2007, deponent served a true copy of the annexed Notice of Removal upon the following at the addresses set forth below:

Vincent E. Bauer, Esq.
Law Offices of Vincent E. Bauer
Attorneys for Plaintiffs
475 Park Avenue South, 25th Floor
New York, New York 10016

by depositing same enclosed in a post-paid, properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DONNA GRILLO

Sworn to before me this
15th day of June, 2007

_____
NOTARY PUBLIC

SHAZIMAN MUSTAFA
Notary Public, State of New York
No. 01MU6100550
Qualified in Queens County
Commission Expires Oct. 20, 20 07