# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF SUFFOLK  )

DONNA GRILLO, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides at Syosset, New York.

That on the 15th day of June, 2007, deponent served a true copy of the annexed Rule 7.1 Statement upon the following at the addresses set forth below:

>Vincent E. Bauer, Esq.
>Law Offices of Vincent E. Bauer
>Attorneys for Plaintiffs
>475 Park Avenue South, 25th Floor
>New York, New York 10016

by depositing same enclosed in a post-paid, properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DONNA GRILLO

Sworn to before me this
15th day of June, 2007

_____
NOTARY PUBLIC

SHAZIMAN MUSTAFA
Notary Public, State of New York
No. 01MU6100550
Qualified in Queens County
Commission Expires

SHAZIMAN MUSTAFA
Notary Public, State of New York
No. 01MU6100550
Qualified in Queens County
Commission Expires Oct. 20, 20 07