UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KIMBERLEY A. CARPENTER, ARTHUR ACKERT, JR., ARTHUR ACKERT, SR., DENNIS LORE, and SUPERIOR WALLS OF THE HUDSON VALLEY, INC.,

         Plaintiffs,

- against -

MARIE PUPKE and EIFFEL INVESTMENT GROUP AND ASSOCIATES, LLC.,

         Defendants.
---------------------------------------------------------------X

Civil Action No.
07-civ-5689
(UA/LMS)

**STIPULATION + ORDER EXTENDING DEFENDANTS' TIME TO ANSWER**

IT IS HEREBY STIPULATED that the time for defendants to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 29th day of June, 2007. Defendants waive all personal jurisdictional defenses.

Dated: Melville, New York
    June 19, 2007

LAW OFFICES OF VINCENT E. BAUER

By: _____
Vincent E. Bauer, Esq.
Attorneys for Plaintiffs
475 Park Avenue South, 25th Floor
New York, New York 10016
(212) 575-1517

LAZER, APTHEKER, ROSELLA & YEDID, P.C.

By: _____
David Lazer
Attorneys for Defendant
225 Old Country Road
Melville, New York 11747
(651) 761-0800

SO ORDERED:

_____
Chief U.S.M.J.

dated: