**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                          June 22, 2007
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

**SCHEDULING ORDER**
07CV5689(WP4)(LMS)

Vincent E. Bauer, Esq.
Law Office of Vincent Bauer
475 Park Avenue
New York, NY 10016



David Lazer
Lazer, Aptheker, Rosella & Yedid, P.C.
225 Old Country Road
Melville, NY 11747

The matter of    **CARPENTER-V-PUPKE**    has been scheduled for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

July 12, 2007 at 10:00AM in Courtroom 420.

**Parties shall submit an agreed upon scheduling order ( a sample is available on Judge
Smith's website at www.nysd.uscourts.gov) on or before this appearance date.**

**Please notify all other parties of this schedule**

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *Lisa Margaret Smith*
Hon. Lisa Margaret Smith
U.S.M.J.