## Certificate of Service

I hereby certify that on June 29, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Vincent E. Bauer
Law Offices of Vincent E. Bauer
*Attorney for Plaintiffs*
475 Park Avenue South, 25th Floor
New York, NY 10016
(212) 575-1517


LAZER, APTHEKER, ROSELLA
& YEDID, P.C.


___/s/___
By: David Lazer (DL-7441)
*Attorneys for Defendants and
Counterclaim-Plaintiff*
225 Old Country Road
Melville, New York 11747
(631) 761-0800