| US DISTRICT COURT | Your File# |
|---|---|
| COUNTY OF SOUTHERN DISTRICT OF NY | Our File# 0113/099/7 |
| | ATTORNEY Lazer, Aptheker |

Kimberley A. Carpenter, et al

Plantiff(s)

against

Marie Pupke, et al

Defendant(s)

FILED:

Index No. 07-CIV-5689

**AFFIDAVIT OF SERVICE OF** Subpoena & Letter

STATE OF NEW YORK, COUNTY OF ~~SUFFOLK~~ (TH) Dutchess ss:

The Undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at State of New York

That on 10/29/07 at 2:55 PM at 3156 ~~2466~~ Route 9W, Saugerties, NY 12477 deponent served the within **Subpoena & Letter**, on Michael Catalinotto, Esq. defendant therein named. [X] With Index No. and date of filing endorsed thereon.

**INDIVIDUAL** (TH) [X] by delivering a true copy to said defendants personally, deponent knew the person so served to be the person described as said defendant therein [X] with a witness fee of $77.35

**CORPORATION** 2. [ ] a corporation, by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be [ ] with a witness fee of

**SUITABLE AGE PERSON** 3. [X] by delivering thereat a true copy of each to PAT STROH a person of suitable age and discretion. Said premises is defendant's-actual place of business-dwelling house-usual place of abode-within the state. [ ] with a witness fee of $77.35

**AFFIXING TO DOOR, ETC.** 4. [ ] by affixing a true copy of each to the door of said premises, said premises is defendant's-actual place of business-dwelling house-usual place of abode-within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there. [ ] with a witness fee of

**MAILING TO BUSINESS** 3 or 4 [X] Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at 3156 Route 9W Saugerties, NY 12477 in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**MAILING TO RESIDENCE** 3 or 4 [ ] Deponent enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's last known residence, at and deposited said wrapper in-a post office-official depository under exclusice care and custody of the United States Postal Service within New York State.
[ ] A first class mailing and a certified mailing# were effected
[ ] From a New York City Post Office.

**DESCRIPTION USE WITH 1-2-3** [X] Deponent describes the individual as follows:
[ ] Male [X] Caucasian [ ] Black Hair [ ] 14-20 Yrs [ ] Under 5' [ ] Under 100 Lbs.
[X] Female [ ] Black [ ] Brown Hair [ ] 21-35 Yrs [ ] 5'0"-5'3" [ ] 100-130 Lbs.
[ ] Oriental [X] Blond Hair [ ] White Hair [ ] 36-50 Yrs [X] 5'4"-5'8" [X] 131-160 Lbs.
[ ] Hispanic [ ] Gray Hair [ ] Balding [X] 51-65 Yrs [ ] 5'9"-6'0" [ ] 161-200 Lbs.
[ ] Indian [ ] Red Hair [ ] Over 65 Yrs [ ] Over 6' [ ] Over 200 Lbs.

Other identifying features: GLASSES

Positive identification was made from photo supplied by attorney and attached.

**MILITARY SERVICE** [X] I asked the person spoken to whether defendant was in active military service of the United States or the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York or the United States as that term is defined in either the State or the Federal statutes.

Sworn to before me on: November 2, 2007
JENNIFER MILLE
NOTARY PUBLIC, State of New York
No. 01MI6099248
Qualified In Dutchess County
Commission Expires Sept. 29, 20 11

RUSH
Rush Process Service, Inc.
P.O. Box 715 * Commack, NY 11725

Thomas Harding

THOMAS HARDING
License No.