UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KIMBERLEY A. CARPENTER, ARTHUR
ACKERT, JR., ARTHUR ACKERT, SR., DENNIS
LORE, and SUPERIOR WALLS OF THE HUDSON
VALLEY, INC.,

                Plaintiffs,

  - against -

MARIE PUPKE and EIFFEL INVESTMENT GROUP
AND ASSOCIATES, LLC.,

                Defendants.
----------------------------------------------------------------X

EIFFEL INVESTMENT GROUP AND
ASSOCIATES, LLC.,

              Counterclaim-Plaintiff,

  - against -

AACK LAND DEVELOPMENT, LLC., FAIRVIEW
BLOCK AND SUPPLY CORP., and HORIZON
REAL PROPERTY DEVELPOMENT, LLC.,

             Counterclaim-Defendants.
----------------------------------------------------------------X

**ADMISSION OF SERVICE**

Civil Action No. 07-civ-5689 (UA/LMS)

    I hereby acknowledge receipt of the Subpoena in a Civil Case with regard to the above matter.

Dated: 11/13/07

_____
MICHAEL CATALINOTTO, JR., ESQ.