# AFFIDAVIT OF SERVICE

Index #: 07-CIV-5689
Date Filed:
Court Date: November 1, 2007
Assigned Justice:

**US DISTRICT COURT**
**SOUTHERN DISTRICT OF NY COUNTY**

ATTORNEY(S): : PH:
ADDRESS: File No.: 0114/099/7

**KIMBERLY A. CARPENTER, ET AL**
vs.
**MARIE PUPKE, ET AL**

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF DUTCHESS   SS.:

MIKE LEWIS, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On October 24, 2007 at 8:45 AM, at 445 WARREN ST., HUDSON, NY., 12543, deponent served the within **SUBPOEA & LETTER** with Index Number 07-CIV-5689, and Date Filed endorsed thereon, on: **RICHARD KOWEEK, ESQ.**, Defendant therein named.

**#1 INDIVIDUAL [X]** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION [ ]** By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON [ ]** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR [ ]** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY [ ]** On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC [ ]** After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION [X]** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Male   Color of skin White   Color of hair Black/Gray   Age 36 - 50 Yrs.   Height 5' 9" - 6' 0"
Weight 161 - 200 Lbs.   Other Features: Beard and Mustache, Glasses

**#8 WIT. FEES** $85.98 the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC [X]** Deponent asked person spoken to whether the repondent/defendent was presently in military service of the United States Gov't or of the State of N.Y. and was informed that Respondent/Defendent was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER [ ]**

Sworn to before me on this 25 day of October, 2007

LEO T. LA PRADE, JR.
NOTARY PUBLIC, State of New York
No. 01LA4961013, Dutchess County
Term Expires January 8, 2010

MIKE LEWIS
Server's Lic #
Invoice•Work Order #9965167

RUSH PROCESS SERVICE, INC., PO BOX 715, COMMACK, NY., 11725