Case 7:07-cv-05689-KMK-LMS   Document 25   Filed 03/03/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIMBERLEY A. CARPENTER, ARTHUR
ACKERT, JR., ARTHUR ACKERT, SR., DENNIS
LORE, and SUPERIOR WALLS OF THE HUDSON
VALLEY, INC.,

                    Plaintiffs,

- against -

MARIE PUPKE and EIFFEL INVESTMENT GROUP
AND ASSOCIATES, LLC.,

                    Defendants.
------------------------------------------------------------X

EIFFEL INVESTMENT GROUP AND
ASSOCIATES, LLC.,

                    Counterclaim-Plaintiff,

- against -

AACK LAND DEVELOPMENT, LLC., FAIRVIEW
BLOCK AND SUPPLY CORP., and HORIZON
REAL PROPERTY DEVELPOMENT, LLC.,

                    Counterclaim-Defendants.
------------------------------------------------------------X

**LAZER, APTHEKER'S MOTION FOR LEAVE TO WITHDRAW AS DEFENDANTS' COUNSEL**

Civil Action No. 07-civ-5689 (KMK/LMS)



PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, upon the accompanying affidavit of David Lazer, sworn to on February 15, 2008 and the affidavit of Michele A. Pincus, sworn to on February 14, 2008 (copies omitted from documents served upon counsel for plaintiffs'/counterclaim-defendants and third-party defendants), Lazer Aptheker, Rosella & Yedid, P.C., attorneys for defendants/counterclaim-plaintiffs/third-party plaintiffs Marie Pupke ("Pupke") and Eiffel Investment Group and Associates, LLC ("Eiffel"

*[Handwritten annotation:] Motion granted. All discovery deadlines stayed. Conference scheduled for 3/6/08 is adjourned to 4/11/08 at 11:30 am in my courtroom. Defendant is to get counsel by that date. SO ORDERED. [signature] 3/2/08*