AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07-cv-5689 (UA/LMS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Marie Pupke and
Defendant Eiffel Investment Group and Associates, LLC

I certify that I am admitted to practice in this court.

| 4/18/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Gregg J. Borri | GB-5971 |
|---|---|
| Print Name | Bar Number |

61 Broadway, Suite 2125
Address

| New York | NY | 10006 |
|---|---|---|
| City | State | Zip Code |

| (212) 980-8866 | (212) 208-0969 |
|---|---|
| Phone Number | Fax Number |