AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                     DISTRICT OF                    NEW YORK

## APPEARANCE

Case Number:  07-cv-5689 (UA/LMS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Marie Pupke and
Defendant Eiffel Investment Group and Associates, LLC

I certify that I am admitted to practice in this court.

| 4/18/2008 | |
|---|---|
| Date | Signature |
| | Gregg J. Borri                          GB-5971 |
| | Print Name                          Bar Number |
| | 61 Broadway, Suite 2125 |
| | Address |
| | New York          NY          10006 |
| | City          State          Zip Code |
| | (212) 980-8866          (212) 208-0969 |
| | Phone Number          Fax Number |