**GREGG J. BORRI LAW OFFICES**
61 Broadway, Suite 2125
New York, New York 10006
(212) 980-8866



Attorneys for Defendants & Counter-claim Plaintiff
*Marie Pupke & Eiffel Investment Group and Associates, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIMBERLY A. CARPENTER, et al.,

                Plaintiffs,

-against-                                              07 CIV 5689 (UA/LMS)

MARIE PUPKE, et ano.,

                                                        NOTICE OF MOTION
                Defendants.                  FOR ADMISSION
------------------------------------------------------------X    PRO HAC VICE
EIFFEL INVESTMENT GROUP AND
ASSOCIATES, LLC,

                Counter-claim Plaintiff,

-against-

KIMBERLY A. CARPENTER, et al.,

                Counter-claim Defendants.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the annexed declaration of Gregg J. Borri, executed on April 21, 2008, defendants Marie Pupke and Eiffel Investment Group and Associates, LLC will move this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Robert A. Sweetapple, who is a member of the bar of the State of Florida, be admitted pro hac vice for all purposes on behalf of defendants Marie Pupke and Eiffel Investment Group and Associates, LLC in this action.

(continued on next page)

Dated: New York, New York
     April 21, 2008

                                              **GREGG J. BORRI LAW OFFICES**

By: _____
                                              Gregg J. Borri, Esq.
                                              Attorney for Defendants
                                                *Marie Pupke & Eiffel Investment*
                                                *Group and Associates, LLC*
                                              61 Broadway, Suite 2125
                                              New York, New York 10006
                                              (212) 980-8866

GREGG J. BORRI LAW OFFICES
61 Broadway, Suite 2125
New York, New York 10006
(212) 980-8866

Attorneys for Defendants & Counter-claim Plaintiff
*Marie Pupke & Eiffel Investment Group and Associates, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIMBERLY A. CARPENTER, et al.,

        Plaintiffs,

-against-                              07 CIV 5689 (UA/LMS)

MARIE PUPKE, et ano.,               DECLARATION OF
                                        GREGG J. BORRI
        Defendants.
------------------------------------------------------------X
EIFFEL INVESTMENT GROUP AND
ASSOCIATES, LLC,

        Counter-claim Plaintiff,

-against-

KIMBERLY A. CARPENTER, et al.,

        Counter-claim Defendants.
------------------------------------------------------------X

        Gregg J. Borri declares, pursuant to 28 U.S.C. § 1746, as follows:

        1.    I am counsel for defendants Marie Pupke and Eiffel Investment Group and Associates, LLC and a member in good standing of the bar of this Court. I make this declaration in support of the motion by Marie Pupke and Eiffel Investment Group and Associates, LLC, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Robert

A. Sweetapple be admitted pro hac vice for all purposes on behalf of Marie Pupke and Eiffel Investment Group and Associates, LLC in this action.

2. I have known Robert A. Sweetapple for many years and he is a skilled attorney and person of integrity. He is a member of Sweetapple, Broeker & Varkas, P.L. of Baca Raton, Florida.

3. Robert A. Sweetapple is a member in good standing of the bar of the State of Florida, as evidenced by the annexed certificate.

4. I respectfully request that defendants' motion to admit Robert A. Sweetapple, pro hac vice, to represent defendants in this action, be granted. A proposed order is enclosed herewith.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
April 21, 2008

_____
Gregg J. Borri

2



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re:   296988
Robert A. Sweetapple
Sweetapple Broeker Varkas & Feltman
150 E. Boca Raton Rd.
Boca Raton, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 15, 1980.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 16th day of April, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smmkk1:R10

**GREGG J. BORRI LAW OFFICES**
61 Broadway, Suite 2125
New York, New York 10006
(212) 980-8866

Attorneys for Defendants & Counter-claim Plaintiff
*Marie Pupke & Eiffel Investment Group and Associates, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KIMBERLY A. CARPENTER, et al.,

                Plaintiffs,

-against-                                    07 CIV 5689 (UA/LMS)

MARIE PUPKE, et ano.,

                Defendants.
-----------------------------------------------------------------X
EIFFEL INVESTMENT GROUP AND
ASSOCIATES, LLC,

                Counter-claim Plaintiff,

-against-

KIMBERLY A. CARPENTER, et al.,

                Counter-claim Defendants.
-----------------------------------------------------------------X

                **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                      ) ss.:
COUNTY OF NEW YORK   )

      KEITH A. PAXTON, being duly sworn, deposes and says: that he is not a party to this proceeding, is over 18 years of age and resides in Brooklyn, New York; that on April 21, 2008, deponent served the foregoing **Notice of Motion for Admission Pro Hac Vice** on the party listed below via Federal Express overnight delivery.

TO:

Vincent E. Bauer, Esq.
475 Park Avenue South, 25th Floor
New York, NY 10016

_____
KEITH A. PAXTON

Sworn to before me this
21st day of April, 2008


_____
NOTARY PUBLIC