**GREGG J. BORRI LAW OFFICES**
61 Broadway, Suite 2125
New York, New York 10006
(212) 980-8866

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**Attorneys for Defendants & Counter-claim Plaintiff**
*Marie Pupke & Eiffel Investment Group and Associates, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KIMBERLY A. CARPENTER, et al.,

               Plaintiffs,

-against-    07 CIV 5689 (~~LMS~~) (KMK)

**MARIE PUPKE, et ano.,**    **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

               Defendants.
------------------------------------------------------------------X
EIFFEL INVESTMENT GROUP AND
ASSOCIATES, LLC,

               Counter-claim Plaintiff,

-against-

KIMBERLY A. CARPENTER, et al.,

               Counter-claim Defendants.
------------------------------------------------------------------X

Upon the motion of defendants Marie Pupke and Eiffel Investment Group and Associates, LLC pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Robert A. Sweetapple pro hac vice for all purposes on behalf of Marie Pupke and Eiffel Investment Group and Associates, LLC in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: White Plains, New York
       April 26, 2008

SO ORDERED:

_____
United States District Judge
Hon. Karas M. Kenneth, U.S.D.J.

Koicou, G.