**GREGG J. BORRI LAW OFFICES**
61 Broadway, Suite 2125
New York, New York 10006
(212) 980-8866

**Attorneys for Defendants & Counterclaim Plaintiff**
*Marie Pupke & Eiffel Investment Group and Associates, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KIMBERLY A. CARPENTER, et al.,

                        Plaintiffs,

    -against-                                        07 CIV 5689 (UA/LMS)
                                                          ECF Case
MARIE PUPKE, et ano.,

                        Defendants.
-----------------------------------------------------------------------X   MOTION FOR LEAVE
EIFFEL INVESTMENT GROUP AND                        TO SERVE FIRST
ASSOCIATES, LLC,                                               AMENDED ANSWER AND
                                                                 COUNTERCLAIMS
                      Counterclaim Plaintiff,

    -against-

KIMBERLY A. CARPENTER,
ARTHUR ACKERT, JR.,
DENNIS LORE,
ARTHUR ACKERT, SR.,
SUPERIOR WALLS OF HUDSON VALLEY, INC.,
AACK LAND DEVELOPMENT, LLC,
HORIZON REAL PROPERTY DEVELOPMENT, LLC,
and FAIRVIEW BLOCK AND SUPPLY CORP.,

                      Counterclaim Defendants.
-----------------------------------------------------------------------X

       Defendants Marie Pupke and Eiffel Investment Group and Associates, LLC, move this Court for leave to serve and file the attached First Amended Answer and Counterclaims pursuant to Fed. R. Civ. P. 15(a)(2).

1

Dated: New York, New York
August 5, 2008

                              **GREGG J. BORRI LAW OFFICES**

By: _____s/_____
        Gregg J. Borri (GJB 5971)
        Attorney for Defendants & Counterclaim Plaintiff
           *Marie Pupke & Eiffel Investment Group*
        61 Broadway, Suite 2125
        New York, New York 10006
        (212) 980-8866
        gborri@borrilaw.com

        **SWEETAPPLE, BROEKER & VARKAS, PL**
        Attorney for Defendants & Counterclaim Plaintiff
           *Marie Pupke & Eiffel Investment Group*
        150 East Boca Raton Road
        Boca Raton, Florida 33432
        (561) 392-1230